1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  PATRICK J. COUGHLIN (111070)
   JOHN K. GRANT (169813)
3  LUKE O. BROOKS (212802)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
     – and –
6  WILLIAM S. LERACH (68581)
   401 B Street, Suite 1600
7  San Diego, CA  92101
   Telephone: 619/231-1058
8  619/231-7423 (fax)

9  Lead Counsel for Plaintiffs

**E-filed 8/15/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CERUS CORPORATION SECURITIES LITIGATION | Master File No. C-03-5517-JF(RS) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | STIPULATION AND ORDER RE: MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING DATE |

Plaintiffs and defendants, through their counsel, submit the following stipulation and proposed order regarding the briefing schedule and hearing date on defendants' motion to dismiss plaintiff's third amended consolidated complaint ("Motion to Dismiss"):

Whereas, defendants filed their Motion to Dismiss on July 8, 2005;

Whereas, plaintiffs' opposition to defendants' Motion to Dismiss is currently due September 6, 2005;

Whereas, defendants' reply in support of their Motion to Dismiss is currently due October 6, 2005;

Whereas, the hearing on defendants' Motion to Dismiss is currently scheduled for October 28, 2005;

Whereas, due to scheduling conflicts, plaintiffs have requested a one week extension to file their opposition to defendants' Motion to Dismiss;

Therefore, the parties hereby stipulate and agree to modify the briefing schedule and hearing date for defendants' Motion to Dismiss as follows:

1.  Plaintiffs' opposition to defendants' Motion to Dismiss shall be filed on or before September 13, 2005;

2.  Defendants' reply in support of their Motion to Dismiss shall be filed on or before October 20, 2005; and

3.  The hearing on defendants' Motion to Dismiss shall be held on November 4, 2005.

IT IS SO STIPULATED.

DATED: August 11, 2005                     LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           PATRICK J. COUGHLIN
                                           JOHN K. GRANT
                                           LUKE O. BROOKS


                                                       /s/
                                           LUKE O. BROOKS

                                           100 Pine Street, Suite 2600
                                           San Francisco, CA  94111
                                           Telephone:  415/288-4545
                                           415/288-4534 (fax)

```
                                    LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    WILLIAM S. LERACH
                                    401 B Street, Suite 1600
                                    San Diego, CA  92101
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    Lead Counsel for Plaintiffs

DATED:  August 11, 2005             MORRISON & FOERSTER, LLP
                                    JORDAN D. ETH
                                    MELVIN R. GOLDMAN
                                    TERRI GARLAND

                                              /s/
                                    ─────────────────────────────
                                         RAYMOND M. HASU

                                    425 Market Street
                                    San Francisco, CA  94105-2482
                                    Telephone:  415/268-7000
                                    415/268-7522 (fax)

                                    Attorneys for Defendant
```

I, Luke O. Brooks, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re: Motion to Dismiss Briefing Schedule and Hearing Date.  In compliance with General Order 45, X.B., I hereby attest that Raymond M. Hasu has concurred in this filing.

DATED:  August 11, 2005

                                              /s/
                                    ─────────────────────────────
                                         LUKE O. BROOKS

                              *     *     *

**ORDER**

Pursuant to stipulation of the parties, the briefing schedule and hearing on defendants' Motion to Dismiss are hereby modified as follows:

1. Plaintiffs' opposition to defendants' Motion to Dismiss shall be filed on or before September 13, 2005;

2. Defendants' reply in support of their Motion to Dismiss shall be filed on or before October 20, 2005; and

3. The hearing on defendants' Motion to Dismiss shall be held on November 4, 2005.

DATED: 8/15/05          /s/electronic signature authorized
                        THE HONORABLE JEREMY FOGEL
                        UNITED STATES DISTRICT JUDGE

T:\CasesSF\Cerus Corp\STP00023415.doc

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on August 11, 2005, declarant served the **STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING DATE** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2005, at San Francisco, California.

/s/
CAROLYN BURR

CERUS CORP. (LEAD)
Service List - 8/11/2005   (03-0399)
Page 1 of 1

**Counsel For Defendant(s)**

Jordan D. Eth
Melvin R. Goldman
Terri Garland
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
   415/268-7000
   415/268-7522 (Fax)


**Counsel For Plaintiff(s)**

| | |
|---|---|
| William S. Lerach<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA  92101-4297<br>   619/231-1058<br>   619/231-7423 (Fax) | Patrick J. Coughlin<br>John K. Grant<br>Luke O. Brooks<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534 (Fax) |