LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
  – and –
WILLIAM S. LERACH (68581)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

**E-filed 8/30/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CERUS CORPORATION SECURITIES LITIGATION | Master File No. C-03-5517-JF(RS) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

| | |
|---|---|
| 1 | **STIPULATION** |

2  Pursuant to Local Rules 16-2(e) and 7-12, plaintiffs and defendants, through their counsel
3  submit the following stipulation and proposed order regarding the initial case management
4  conference in this action.

5  WHEREAS, on May 24, 2005, plaintiffs filed a third amended consolidated complaint;

6  WHEREAS, defendants have moved to dismiss the Complaint;

7  WHEREAS, pursuant to a stipulation approved by the Court on August 15, 2005, the hearing
8  on defendants' motion to dismiss is set for November 4, 2005;

9  WHEREAS, a case management conference is scheduled for September 2, 2005, at 10:30
10 a.m.;

11  WHEREAS, the parties have met and conferred regarding the scheduling of the case
12 management conference; and

13  WHEREAS, because discovery in this action is stayed pursuant to the Private Securities
14 Litigation Reform Act, the parties agree that continuing the case management conference would
15 serve the interests of efficiency and judicial economy;

16  NOW THEREFORE, the parties hereby stipulate to the following:

17  1.  The case management conference scheduled for September 2, 2005 shall be continued
18 to November 4, 2005, at 10:30 a.m.

19 DATED: August 26, 2005       LERACH COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
20                                PATRICK J. COUGHLIN
                                  JOHN K. GRANT
21                                LUKE O. BROOKS

22

23                                    /s/ John K. Grant
                                      JOHN K. GRANT
24
                                  100 Pine Street, Suite 2600
25                                San Francisco, CA  94111
                                  Telephone:  415/288-4545
26                                415/288-4534 (fax)

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-03-5517-JF(RS)                                                        - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | WILLIAM S. LERACH<br>401 B Street, Suite 1600<br>San Diego, CA 92101 |
| 4 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 5 | |
| 6 | Lead Counsel for Plaintiffs |
| 7 | DATED: August 25, 2005    MORRISON & FOERSTER LLP |
| 8 | MELVIN R. GOLDMAN<br>JORDAN ETH<br>TERRI GARLAND |
| 9 | RAYMOND M. HASU |
| 10 | |
| 11 | _____<br>RAYMOND M. HASU |
| 12 | |
| 13 | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 14 | Telephone: 415/268-7000<br>415/268-7522 (fax) |
| 15 | Attorneys for Defendants |
| 16 | *  *  * |
| 17 | **ORDER** |
| 18 | Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED. |
| 19 | 1.    The case management conference scheduled for September 2, 2005 shall be continued |
| 20 | to November 4, 2005, at 10:30 a.m. |
| 21 | DATED: 8/30/05              /s/electronic signature authorized |
| 22 | THE HONORABLE JEREMY FOGEL<br>UNITED STATES DISTRICT JUDGE |
| 23 | |
| 24 | T:\CasesSF\Cerus Corp\S&O00023800.doc |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE - C-03-5517-JF(RS)                                      - 2 -

|   |   |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH |
| 3 | 401 B Street, Suite 1600<br>San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 5 | |
| 6 | Lead Counsel for Plaintiffs |
| 7 | DATED:  August ___, 2005     MORRISON & FOERSTER LLP |
| | MELVIN R. GOLDMAN |
| 8 | JORDAN ETH<br>TERRI GARLAND |
| 9 | RAYMOND M. HASU |

DATED:  August ___, 2005

MORRISON & FOERSTER LLP
MELVIN R. GOLDMAN
JORDAN ETH
TERRI GARLAND
RAYMOND M. HASU

_____
RAYMOND M. HASU

425 Market Street
San Francisco, CA  94105-2482
Telephone:  415/268-7000
415/268-7522 (fax)

Attorneys for Defendants

\*       \*       \*

**O R D E R**

Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED.

1.  The case management conference scheduled for September 2, 2005 shall be continued to November 4, 2005, at 10:30 a.m.

DATED:  _____    _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Cerus Corp\S&O00023800.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - C-03-5517-JF(RS)                                                                                                     - 2 -

|   |   |
|---|---|
| 1 | DECLARATION OF SERVICE BY MAIL AND FACSIMILE |
| 2 | I, the undersigned, declare: |
| 3 | 1.     That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111. |
| 7 | 2.     That on August 26, 2005, declarant served the **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile. |
| 12 | 3.     That there is a regular communication by mail between the place of mailing and the places so addressed. |
| 14 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of August, 2005, at San Francisco, California. |

                                                                               /s/ Cynthia Sheppard
                                                                               CYNTHIA SHEPPARD

CERUS CORP. (LEAD)
Service List - 8/25/2005    (03-0399)
Page 1 of  1

**Counsel For Defendant(s)**

Jordan D. Eth
Melvin R. Goldman
Terri  Garland
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
   415/268-7000
   415/268-7522 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| William S. Lerach<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA  92101-4297<br>   619/231-1058<br>   619/231-7423 (Fax) | Patrick J. Coughlin<br>John K. Grant<br>Luke O. Brooks<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534 (Fax) |