| | |
|---|---|
| 1  MELVIN R. GOLDMAN (BAR NO. 34097)<br>    JORDAN ETH (BAR NO. 121617)<br>2  TERRI GARLAND (BAR NO. 169563)<br>    RAYMOND M. HASU (BAR NO. 200058)<br>3  MORRISON & FOERSTER LLP<br>    425 Market Street<br>4  San Francisco, California  94105-2482<br>    Telephone:  (415) 268-7000<br>5  Facsimile:  (415) 268-7522<br>6  Attorneys for Defendants Cerus Corporation,<br>    Stephen T. Isaacs, Gregory W. Schafer, David N. Cook,<br>7  John E. Hearst, and Howard G. Ervin | **E-filed 10/13/05** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CERUS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Master File No. C-03-5517-JF (RS)<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE AND BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THIRD AMENDED CONSOLIDATED COMPLAINT** |

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants, through their counsel, submit the following stipulation and [proposed] order regarding the initial case management conference in this action and the briefing and hearing schedule for Defendants' motion to dismiss the third amended consolidated complaint.

WHEREAS, Plaintiffs filed a Third Amended Consolidated Complaint ("Complaint") on May 24, 2005;

WHEREAS, Defendants moved to dismiss the Complaint on July 8, 2005, and Plaintiffs served and filed an opposition to Defendants' motion to dismiss on September 13, 2005;

WHEREAS, pursuant to a stipulation approved by the Court on August 15, 2005, the deadline for Defendants' reply in support of their motion to dismiss the Complaint is October 20, 2005, and the hearing on Defendants' motion to dismiss is scheduled for November 4, 2005;

WHEREAS, pursuant to a stipulation approved by the Court on August 30, 2005, the initial case management conference in this action is scheduled for November 4, 2005;

WHEREAS, counsel for the parties have a conflict with the current briefing and hearing schedule due to commitments in other cases;

WHEREAS, the parties have met and conferred in order to resolve this conflict;

NOW THEREFORE, the parties hereby stipulate to the following:

1. Defendants shall file any reply in support of their motion to dismiss the Complaint on or before November 10, 2005;

2. The hearing on Defendants' motion to dismiss shall be held on January 13, 2006; and

3. The case management conference scheduled for November 4, 2005, shall be continued to January 13, 2006.

1

STIP. AND PROPOSED ORDER REGARDING BRIEFING SCHED. AND HEARING FOR DEFS.' MOT. TO DISMISS 3RD AM. COMPL
MASTER FILE NO. C-03-5517-JF(RS)
sf-2014422

| | |
|---|---|
| Dated: October 11, 2005 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  (415) 288-4545 |
| | By:  _____/s/ Luke O. Brooks_____<br>Luke O. Brooks<br>Attorneys for Plaintiffs |
| Dated: October 11, 2005 | MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000 |
| | By:  ____/s/ Raymond M. Hasu_____<br>Raymond M. Hasu<br>Attorneys for Defendants |

I, Raymond M. Hasu, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Case Management Conference and Briefing and Hearing Schedule for Defendants' Motion to Dismiss Third Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Luke O. Brooks, attorney for Plaintiffs, has concurred in this filing.

| | |
|---|---|
| Dated:   October 11, 2005 | MORRISON & FOERSTER LLP |
| | By:  _____/s/ Raymond M. Hasu_____<br>Raymond M. Hasu<br>Attorneys for Defendants |

2

STIP. AND PROPOSED ORDER REGARDING BRIEFING SCHED. AND HEARING FOR DEFS.' MOT. TO DISMISS 3RD AM. COMPL
MASTER FILE NO. C-03-5517-JF(RS)

sf-2014422

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

1. Defendants shall file any reply in support of their motion to dismiss the Complaint on or before November 10, 2005;

2. The hearing on Defendants' motion to dismiss shall be held on January 13, 2006; and

3. The case management conference scheduled for November 4, 2005, shall be continued to January 13, 2006.

Dated: October 13, 2005

/s/electronic signature authorized
_____
The Honorable Jeremy Fogel
United States District Judge

---

1

STIP. AND PROPOSED ORDER REGARDING BRIEFING SCHED. AND HEARING FOR DEFS.' MOT. TO DISMISS 3RD AM. COMPL
MASTER FILE NO. C-03-5517-JF(RS)
sf-2014422