MELVIN R. GOLDMAN (BAR NO. 34097)
JORDAN ETH (BAR NO. 121617)
TERRI GARLAND (BAR NO. 169563)
RAYMOND M. HASU (BAR NO. 200058)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants Cerus Corporation,
Stephen T. Isaacs, Gregory W. Schafer, David N. Cook,
John E. Hearst, and Howard G. Ervin

**E-filed 1/11/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CERUS CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions | Master File No. C-03-5517-JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants, through their counsel, submit the following stipulation and [proposed] order continuing the case management conference and the hearing on Defendants' motion to dismiss Third Amended Consolidated Complaint ("Complaint").

WHEREAS, Plaintiffs filed their Complaint on May 24, 2005;

WHEREAS, Defendants moved to dismiss the Complaint on July 8, 2005;

WHEREAS, briefing on Defendants' motion has been completed;

WHEREAS, pursuant to a stipulation approved by the Court on October 13, 2005, a hearing on Defendants' motion to dismiss and a case management conference are scheduled for January 13, 2006;

WHEREAS, the parties have discussed, and intend to continue discussing, possible terms of a settlement of this action;

WHEREAS, the parties agree that those discussions will be facilitated by a continuance of the proceedings currently scheduled for January 13, 2006;

NOW THEREFORE, the parties hereby stipulate to the following:

1. Defendants' motion to dismiss Plaintiffs' Complaint shall be heard on February 24, 2006; and

2. The case management conference scheduled for January 13, 2006, shall be continued to February 24, 2006.

Dated: January 9, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 288-4545

By: ___/s/ Luke O. Brooks_____
    Luke O. Brooks
    Attorneys for Plaintiffs

1
2  Dated:  January 9, 2006                          MORRISON & FOERSTER LLP
3                                                   425 Market Street
                                                    San Francisco, CA  94105-2482
4                                                   Telephone: (415) 268-7000
5
6                                                   By:  ____/s/ Raymond M. Hasu_____
                                                         Raymond M. Hasu
7                                                        Attorneys for Defendants
8
9       I, Raymond M. Hasu, am the ECF User whose ID and password are being used to file this

10  Stipulation and [Proposed] Order Regarding Continuance of Hearing on Defendants' Motion to

11  Dismiss and Case Management Conference.  In compliance with General Order 45, X.B., I hereby

12  attest that Luke O. Brooks, attorney for Plaintiffs, has concurred in this filing.

13
14  Dated:   January 9, 2006                         MORRISON & FOERSTER LLP
15
16
                                                    By: _____/s/ Raymond M. Hasu_____
17                                                       Raymond M. Hasu
                                                         Attorneys for Defendants
18
19
20
21
22
23
24
25
26
27
28

1  **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

3  1.  Defendants' motion to dismiss Plaintiffs' Complaint shall be heard on February 24,
4  2006; and

5  2.  The case management conference scheduled for January 13, 2006, shall be continued to
6  February 24, 2006.

8  Dated: January 11, 2006

_____
The Honorable Jeremy Fogel
United States District Judge

1
STIP. AND PROPOSED ORDER REGARDING CONTINUANCE OF HEARING AND CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-03-5517-JF(RS)
sf-2059368