**E-filed 2/24/06**

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
JohnKG@lerachlaw.com
LukeB@lerachlaw.com
  – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CERUS CORPORATION SECURITIES LITIGATION | Master File No. C-03-5517-JF(RS) |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, plaintiffs and defendants, through their counsel, submit the following stipulation and proposed order continuing the case management conference and the hearing on defendants' motion to dismiss Lead Plaintiffs' Third Amended Consolidated Complaint for Violations of the Federal Securities Laws ("Complaint").

WHEREAS, plaintiffs filed their Complaint on May 24, 2005;

WHEREAS, defendants moved to dismiss the Complaint on July 8, 2005;

WHEREAS, briefing on defendants' motion has been completed;

WHEREAS, on January 11, 2006, the Court approved a stipulation continuing the hearing on defendants' motion and the initial case management conference in this action from January 13, 2006, to February 24, 2006;

WHEREAS, the parties have discussed, and intend to continue discussing, a resolution of this action;

WHEREAS, the parties agree that those discussions will be facilitated by a continuance of the proceedings currently scheduled for February 24, 2006;

NOW THEREFORE, the parties hereby stipulate to the following:

1. The hearing on defendants' motion to dismiss plaintiffs' Complaint, currently scheduled for February 24, 2006, shall be continued to March 3, 2006; and

2. The case management conference scheduled for February 24, 2006, shall be continued to March 3, 2006.

DATED: February 23, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JOHN K. GRANT
LUKE O. BROOKS

      /s/ JOHN K. GRANT
      JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Continuance of Hearing on Defendants' Motion to Dismiss and Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Jordan D. Eth, attorney for defendants, has concurred in this filing.

DATED:  February 23, 2006          MORRISON & FOERSTER LLP
                                   JORDAN D. ETH


                                   _____/s/  JORDAN D. ETH_____
                                         JORDAN D. ETH

                                   425 Market Street
                                   San Francisco, CA  94105-2482
                                   Telephone:  415/268-7000
                                   415/268-7522 (fax)

                                   Attorneys for Defendants

                       *     *     *

## [PROPOSED] O R D E R

Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

1. The hearing on defendants' motion to dismiss plaintiffs' Complaint, currently scheduled for February 24, 2006, shall be continued to March 3, 2006; and

2. The case management conference scheduled for February 24, 2006, shall be continued to March 3, 2006.

DATED:  2/24/06                    _____
                                   THE HONORABLE JEREMY FOGEL
                                   UNITED STATES DISTRICT JUDGE

T:\CasesSF\Cerus Corp\STP00028377.doc

STIPULATION & [PROPOSED] ORDER RE CONTINUANCE OF HEARING ON DEFENDANTS'
MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE - C-03-5517-JF(RS)          - 2 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on February 23, 2006, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

      /s/ JOHN K. GRANT
      JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:JohnG@lerachlaw.com

# Mailing Information for a Case 5:03-cv-05517-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Luke O Brooks**
  lukeb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Terri Garland**
  tgarland@mofo.com ppomerantz@mofo.com

- **John K. Grant**
  johnkg@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Raymond M. Hasu**
  rhasu@mofo.com kbobovski@mofo.com;edowney@mofo.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nadeem Faruqi
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016
```