**E-filed 3/7/06**

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
JohnKG@lerachlaw.com
LukeB@lerachlaw.com
  – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CERUS CORPORATION SECURITIES LITIGATION | Master File No. C-03-5517-JF(RS) |
| This Document Relates To: | <u>CLASS ACTION</u> |
| ALL ACTIONS. | STIPULATION AND [P<s>ROPOSED</s>] ORDER REGARDING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, plaintiffs and defendants, through their counsel, submit the following stipulation and proposed order continuing the case management conference and the hearing on defendants' motion to dismiss Lead Plaintiffs' Third Amended Consolidated Complaint for Violations of the Federal Securities Laws ("Complaint").

WHEREAS, plaintiffs filed their Complaint on May 24, 2005;

WHEREAS, defendants moved to dismiss the Complaint on July 8, 2005;

WHEREAS, briefing on defendants' motion has been completed;

WHEREAS, on January 11, 2006, the Court approved a stipulation continuing the hearing on defendants' motion and the initial case management conference in this action from January 13, 2006 to February 24, 2006, and the Court subsequently approved a second stipulation continuing the hearing and initial case management conference to March 3, 2006;

WHEREAS, the parties have discussed, and intend to continue discussing, a resolution of this action;

WHEREAS, the parties agree that those discussions will be facilitated by a continuance of the proceedings currently scheduled for March 3, 2006;

NOW THEREFORE, the parties hereby stipulate to the following:

1. The hearing on defendants' motion to dismiss plaintiffs' Complaint, currently scheduled for March 3, 2006, shall be continued to May 5, 2006; and

2. The case management conference scheduled for March 3, 2006, shall be continued to May 5, 2006.

DATED: March 2, 2006               LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                   PATRICK J. COUGHLIN
                                   JOHN K. GRANT
                                   LUKE O. BROOKS


                                          /s/  JOHN K. GRANT
                                         JOHN K. GRANT

                                   100 Pine Street, Suite 2600
                                   San Francisco, CA  94111

|     |     |
| --- | --- |
| 1   | Telephone: 415/288-4545 |
|     | 415/288-4534 (fax) |
| 2   |     |
|     | LERACH COUGHLIN STOIA GELLER |
| 3   |   RUDMAN & ROBBINS LLP |
|     | WILLIAM S. LERACH |
| 4   | 655 West Broadway, Suite 1900 |
|     | San Diego, CA  92101 |
| 5   | Telephone:  619/231-1058 |
|     | 619/231-7423 (fax) |
| 6   |     |
|     | Lead Counsel for Plaintiffs |

I, John K. Grant, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Continuance of Hearing on Defendants' Motion to Dismiss and Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Raymond M. Hasu, attorney for defendants, has concurred in this filing.

DATED: March 2, 2006        MORRISON & FOERSTER LLP
                            JORDAN D. ETH


                                   /s/  RAYMOND M. HASU
                                    RAYMOND M. HASU

                            425 Market Street
                            San Francisco, CA  94105-2482
                            Telephone: 415/268-7000
                            415/268-7522 (fax)

                            Attorneys for Defendants

                     *       *       *

**[PROPOSED] O R D E R**

Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

1. The hearing on defendants' motion to dismiss plaintiffs' Complaint, currently scheduled for March 3, 2006, shall be continued to May 5, 2006; and

2. The case management conference scheduled for March 3, 2006, shall be continued to May 5, 2006.

DATED: ____3/7/06_____        _____
                                        THE HONORABLE JEREMY FOGEL
                                        UNITED STATES DISTRICT JUDGE

T:\CasesSF\Cerus Corp\S_O00028572.doc

1                          CERTIFICATE OF SERVICE

2       I hereby certify that on March 2, 2006, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document on paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

8                                        /s/ JOHN K. GRANT
                                          JOHN K. GRANT

9                                           LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP

10                                       655 West Broadway, Suite 1900
                                      San Diego, CA  92101

11                                       Telephone:  619/231-1058
                                      619/231-7423 (fax)

12                                       E-mail:JohnG@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:03-cv-05517-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Luke O Brooks**
  lukeb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Terri Garland**
  tgarland@mofo.com ppomerantz@mofo.com

- **John K. Grant**
  johnkg@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Raymond M. Hasu**
  rhasu@mofo.com kbobovski@mofo.com;edowney@mofo.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Nadeem Faruqi**
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016