\*\*E-filed 7/19/06\*\*

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
PatC@lerachlaw.com
JohnKG@lerachlaw.com
LukeB@lerachlaw.com
  – and –
WILLIAM S. LERACH (68581)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
BillL@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CERUS CORPORATION SECURITIES LITIGATION | Master File No. C-03-5517-JF(RS) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| ALL ACTIONS. | STIPULATION AND [P~~ROPOSED~~] ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

**STIPULATION**

Plaintiffs and defendants, through their counsel, submit the following stipulation and proposed order vacating the case management conference and the hearing on defendants' motion to dismiss Lead Plaintiffs' Third Amended Consolidated Complaint for Violations of the Federal Securities Laws ("Complaint").

WHEREAS, plaintiffs filed their Complaint on May 24, 2005;

WHEREAS, defendants moved to dismiss the Complaint on July 8, 2005;

WHEREAS, briefing on defendants' motion has been completed;

WHEREAS, on June 14, 2006, the Court continued the hearing on defendants' motion and the initial case management conference in this action to July 21, 2006. The motion and conference had previously been continued;

WHEREAS, the parties have discussed, and intend to continue discussing, a resolution of this action;

WHEREAS, the parties agree that those discussions will be facilitated by vacating the proceedings currently scheduled for July 21, 2006;

NOW THEREFORE, the parties hereby stipulate to the following:

1. The hearing on defendants' motion to dismiss plaintiffs' Complaint, currently scheduled for July 21, 2006 is vacated without prejudice to defendants to re-notice the hearing; and

2. The case management conference scheduled for July 21, 2006 is vacated.

DATED: July 18, 2006                LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                    PATRICK J. COUGHLIN
                                    JOHN K. GRANT
                                    LUKE O. BROOKS


                                       /s/ Luke O. Brooks
                                    LUKE O. BROOKS

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | 100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 4 |   | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 8 |   | Lead Counsel for Plaintiffs |
| 9 | DATED: July 18, 2006 | MORRISON & FOERSTER LLP<br>RAYMOND M. HASU |
| 11 |   |   |
| 12 |   | /s/ Raymond M. Hasu<br>RAYMOND M. HASU |
| 13 |   | 425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: 415/268-7000<br>415/268-7522 (fax) |
| 15 |   | Attorneys for Defendants |

I, LUKE O. BROOKS, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating of Hearing on Defendants' Motion to Dismiss and Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Raymond M. Hasu, attorney for defendants, has concurred in this filing.

1                             *     *     *

2                        **[PROPOSED] O R D E R**

3       Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED:

4       1.    The hearing on defendants' motion to dismiss plaintiffs' Complaint, currently

5  scheduled for July 21, 2006 is hereby vacated without prejudice to defendants to re-notice the

6  hearing; and

7       2.    The case management conference scheduled for July 21, 2006 is vacated.

8  DATED:   7/19/06                      _____
                                          THE HONORABLE JEREMY FOGEL
9                                         UNITED STATES DISTRICT JUDGE

T:\CasesSF\Cerus Corp\S&O00032993.doc

STIPULATION & [PROPOSED] ORDER VACATING HEARING ON DEFENDANTS' MOTION TO
DISMISS AND CASE MANAGEMENT CONFERENCE - C-03-5517-JF(RS)                    - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

　　　　　　　　　　　　　　　　　　　　　　/s/ Luke O. Brooks
　　　　　　　　　　　　　　　　　　　　　　LUKE O. BROOKS

　　　　　　　　　　　　　　　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　　　　　　　Telephone:  619/231-1058
　　　　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)
　　　　　　　　　　　　　　　　　　　　　　E-mail:LukeB@lerachlaw.com

# Mailing Information for a Case 5:03-cv-05517-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Luke O Brooks**
  lukeb@lerachlaw.com e_file_sf@lerachlaw.com

- **Patrick J. Coughlin**
  patc@lerachlaw.com e_file_sf@lerachlaw.com

- **Terri Garland**
  tgarland@mofo.com ppomerantz@mofo.com

- **John K. Grant**
  johnkg@lerachlaw.com e_file_sf@lerachlaw.com

- **Raymond M. Hasu**
  rhasu@mofo.com kbobovski@mofo.com;edowney@mofo.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nadeem Faruqi
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016
```